363 P.2d 367

Vera GILMORE, Appellant,

v.

William Curtis GILMORE, Appellee.

No. 6997.

Supreme Court of New Mexico.

July 10, 1961.

Ordered that the motion to docket and affirm be and the same is hereby denied without determining whether the orders in question, or any of them, are final orders or interlocutory orders.